IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA STARK, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>MERCK & COMPANY, INC., et al.<br><br>    Defendants. | CIV-S-06-593 DFL KJM<br><br><br>ORDER |

    For the reasons stated by Judge Shubb in <u>Leeson v. Merck & Co., Inc., et al</u>, Civ. S-05-2240 WBS PAN slip op. (E.D. Cal. Jan. 27, 2006), defendant Merck & Co., Inc.'s motion to stay is GRANTED and plaintiff's motion to remand is DENIED WITHOUT PREJUDICE.

    IT IS SO ORDERED.

Dated: May 9, 2006

                                          /s/ David F. Levi
                                          DAVID F. LEVI
                                          United States District Judge

1